

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY NUSSBAUM,

    Defendant.

Case No. 2:20-mj-984-VCF

**Order Continuing Bench Trial**

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 5, 2021, at the hour of 9:00 a.m. be vacated and continued to June 9, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE